

August 14, 2018

Honorable Chief Judge Carla Craig
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY  11201-1800

>    **Debtor:**         **Miriam Shoshan**
>    **Case No.:**       **1-18-41093-cec**
>    **Chapter:**        **13**
>    **Property Address: 3112 Avenue J, Brooklyn, NY  11210**

Dear Chief Judge Craig:

This firm represents Seterus, Inc. as servicer for Federal National Mortgage Association ("Fannie Mae"), a secured creditor the above-referenced Debtor. On March 22, 2018, a Loss Mitigation Order was entered by this Court. The next Loss Mitigation Conference is scheduled for August 21, 2018 at 12:00 PM. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding.

In our Status Report filed on July 9, 2018 (Docket Entry No. 25), we advised this Court that our client had requested additional documents, which Debtor's Counsel submitted on July 2, 2018.  Based, on a review of the submission in its entirety, our client determined that Debtor's packet remains incomplete and that the following documents are required to continue the loss mitigation review:

- Debtor's Unified Borrower's Assistance Form indicates that the Debtor received income in the amount of $1,000.00 from self-employment and $1,500.00 from other income.  Secured Creditor will need proof of both sources of income to validate the Debtor's monthly income.

- Debtor will need to provide two most recent bank statement reflecting deposits from rental income.

- Secured Creditor has advised that if the Debtor provides the two most recent bank statements reflecting deposits, for all income received, they will be able to calculate the monthly income in lieu of a profit and loss statement.

On July 12, 2018, this office notified Counsel of the document request via email.  On August 9, 2018, this office sent a follow-up email to Counsel to inquire when the documents would be provided.  This office is awaiting a response.  As of the date of this letter, our client has not received the requested documents.

       Thank you for your consideration.  Please do not hesitate to contact me with any questions you may have regarding the matter.

                                              Respectfully,

                                              /s/ *Stephani A. Schendlinger*
                                              Stephani A. Schendlinger, Esq.
                                              RAS Boriskin, LLC
                                              sschendlinger@rasboriskin.com

cc:  Joseph Y. Balisok, Esq. (Via ECF)